# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET D. GALLAGHER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | Case No. 1:16-cv-01177-AWI-SKO HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 23) |

　　　"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner has advised the Court that he is presently incarcerated in California State Prison, Corcoran.  As a result, Debbie Asuncion, the warden of the California State Prison, Lancaster, no longer has custody of Petitioner.  David Davey, Warden of California State Prison, Corcoran, now has custody of Petitioner.

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of David Davey, Warden, California State Prison, Corcoran, as Respondent.


IT IS SO ORDERED.

Dated:　**January 31, 2017**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1